IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02383-WYD-MEH

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

KEENER ENTERPRISES, INC., a Tennessee corporation,
ANNE JOHNSTON and
E. COVINGTON JOHNSTON,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Motion for Preliminary Injunction and Supporting Brief (filed November 13, 2007).  After a careful review of the Motion and the file, the Court concludes that further briefing and a hearing on the Motion are warranted.  Accordingly, it is

ORDERED that a hearing on the Motion for Preliminary Injunction is set for **Thursday, January 31, 2008 at 1:30 p.m.**  The Court has set aside the entire afternoon for the hearing.  It is further

ORDERED that service of all pleadings in the case (including the Motion for Preliminary Injunction) shall be accomplished on the Defendants by **Monday, November 26, 2007.**  Defendants shall file a response to the Motion for Preliminary Injunction by **Friday, December 14, 2007**.  Plaintiff may, if it wishes, file a reply to the response to the Motion for Preliminary Injunction by **Thursday, January 3, 2008.**

Dated: November 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge