IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02383-WYD-MEH

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

KEENER ENTERPRISES, INC., a Tennessee corporation,
ANNE JOHNSTON and
E. COVINGTON JOHNSTON,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Hold Action in Abeyance (filed December 13, 2007). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Hold Action in Abeyance is **GRANTED.** In accordance therewith, it is

ORDERED that this action and all current deadlines shall be held in abeyance until **March 29, 2008**, unless relief from same is requested by any party prior to that date. It is

FURTHER ORDERED that Plaintiff shall provide notice to the Court by no later than **March 29, 2008** of the status of this action and by said date shall either move for dismissal of the action or commence prosecution of same. It is

FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction set Thursday, January 31, 2008, at 1:30 is **VACATED**. It is

FURTHER ORDERED that Magistrate Judge Hegarty is directed to vacate the Scheduling Conference set January 24, 2008.

Dated: December 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge