IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02383-WYD-MEH

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

KEENER ENTERPRISES, INC., a Tennessee corporation,
ANNE JOHNSTON and
E. COVINGTON JOHNSTON,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on Plaintiff's Notice of Dismissal (filed June 12, 2008). Plaintiff seeks a dismissal of the case pursuant to FED. R. CIV. P. 41(a)(1)(A). After a careful review of the Notice and the file, I conclude that the case can properly be dismissed pursuant to Rule 41(a)(1)(A) since Defendants have not answered or moved for summary judgment. Accordingly, it is

    ORDERED that this case is **DISMISSED**, with the parties to bear their own costs, including attorneys' fees, except as to such costs or fees that have been previously paid.

    Dated: June 13, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge